*In re* JOHN FUENTES BORRERO.

*Número:* 6478        *Resuelto:* 18 de noviembre de 1999

*Mady Pacheco García de la Noceda, Directora Ejecutiva del Colegio de Abogados de Puerto Rico; John Fuentes Borrero, pro se.*

## RESOLUCIÓN

Vista la comparecencia del Colegio de Abogados en la que expone que John Fuentes Borrero cumplió con su obligación de pago de las cuotas adeudadas, se autoriza la reinstalación de Fuentes Borrero al ejercicio de la abogacía.

Se le apercibe al Lcdo. John Fuentes Borrero que en el futuro deberá cumplir rigurosamente con su obligación de pagar su cuota anual al Colegio de Abogados y que su incumplimiento con esta obligación conllevará severas sanciones disciplinarias.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Juez Asociada Señora Naveira de Rodón y los Jueces Asociados Señores Fuster Berlingeri y Corrada Del Río no intervinieron.

(Fdo.) Isabel Llompart Zeno
*Secretaria del Tribunal Supremo*